IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEGGY D. MARSHALL | ) |
| | ) |
| v. | ) NO. 3-14-1569 |
| | ) JUDGE CAMPBELL |
| SSC NASHVILLE OPERATING | ) |
| COMPANY, LLC | ) |

ORDER

Pending before the Court is Plaintiff's Motion to Vacate or Modify, in Part, Arbitration Award (Docket No. 11). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED, and the Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE